UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY BRENT BANKS,

        Petitioner,        Case No. 1:11-cv-986

v.        Honorable Paul L. Maloney

SHIRLEE HARRY,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:   October 28, 2011        /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge